JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC SPIVEY, | Case No. CV 20-00203 DOC (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| JEFF McCOMBER, Warden, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: Feb 19, 2020

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE